UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES COLEMAN,
ADC #650408                                                                                                   PLAINTIFF

V.                                     3:15CV00382 BRW/JTR

STEVE WRIGHT, Nurse; and
C. J. LOONEY, Officer,
Greene County Detention Center                                                                DEFENDANTS

## ORDER

Plaintiff, James Coleman, is a prisoner in the Greene County Detention Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v.*

-1-

*Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir. 2011).

Plaintiff alleges that Defendants LPN Steve Wright and Detention Officer C. J. Looney have failed to provide him with constitutionally adequate medical care for asthma and a hernia. Doc. 2. The Court concludes, *for screening purposes only*, that he has pled a viable § 1983 claim against both Defendants.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff may PROCEED with his inadequate medical care claims against Defendants Wright and Looney.

2. The Clerk is directed to prepare a summons for Defendants Wright and Looney, and the United States Marshal is directed to serve the summons, Complaint, and this Order on them without prepayment of fees and costs or security therefor.[1]

Dated this 4th day of December, 2015.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] If either of the Defendants are no longer Greene County employees, the individual responding to service must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.