UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES COLEMAN,
ADC #650408                                                                                              PLAINTIFF

V.                                          3:15CV00382 JTR

STEVE WRIGHT, Nurse; and
C. J. LOONEY, Officer,
Greene County Detention Center                                                          DEFENDANTS

**ORDER**

Defendants have filed a Motion arguing that this case should be dismissed, without prejudice, because the mailing address provided by Plaintiff is invalid making it impossible for them to engage in discovery. *Doc. 15.* The ADC website demonstrates that Plaintiff is no longer in prison at the ADC, which is the last address he provided to the Clerk. *Doc. 10.* Finally, it is unclear whether Plaintiff is still entitled to proceeding *in forma pauperis* now that he has been released from custody.[1]

IT IS THEREFORE ORDERED THAT:

1.    The Clerk is directed to mail Plaintiff a freeworld Application to Proceed *In Forma Pauperis*.

2.    Plaintiff must file, **on or before April 14, 2016**: (a) a properly complete

---

[1] Plaintiff currently owes all of the $350 filing fee.

freeworld Application to Proceed *In Forma Pauperis*;  and (b) a Response to the Motion to Dismiss that includes his current mailing address. If Plaintiff does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

    Dated this 15th day of March, 2016.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE