UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES COLEMAN,
ADC #650408                                                                                                      PLAINTIFF

V.                                   3:15CV00382 JTR

STEVE WRIGHT, Nurse; and
C. J. LOONEY, Officer,
Greene County Detention Center                                                    DEFENDANTS

**ORDER OF DISMISSAL**[1]

Plaintiff, James Coleman, has not complied with the March 15, 2016 Order directing him to file: (1) a freeworld Application to Proceed *In Forma Pauperis;* and (2) a Response to Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2). *Doc. 18.* The time to do so has expired.

IT IS THEREFORE ORDERED THAT:

1.     Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (*Doc. 18)* is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] On January 5, 2016, the parties consented to proceed before a United States Magistrate Judge. *Doc. 13.*

Dated this 18th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE