UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES COLEMAN,
ADC #650408                                                                                           PLAINTIFF

V.                                           3:15CV00382 JTR

STEVE WRIGHT, Nurse; and
C. J. LOONEY, Officer,
Greene County Detention Center                                                      DEFENDANTS

## JUDGMENT[1]

Consistent with the Order entered separately today, this case is DISMISSED, WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 18th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 5, 2016, the parties consented to proceed before a United States Magistrate Judge. *Doc. 13.*